UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DELFINO RIVAS,**

    **Plaintiff,**

v.                                                    CASE NO:
                                                      6:23-cv-00822-JA-LHP

**AMAZON.COM SERVICES, LLC,**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09(a) Plaintiff, Delfino Rivas, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, Amazon.com Services LLC,[1] has been resolved.

Dated this 2nd day of January, 2024.

                                        Respectfully submitted,

                                        */s/ Brandon J. Hill*
                                        **BRANDON J. HILL**
                                        Florida Bar Number: 0037061
                                        Direct Dial: 813-337-7992
                                        **HANNAH E. DEBELLA**
                                        Florida Bar Number: 1026002
                                        **WENZEL FENTON CABASSA, P.A.**
                                        1110 N. Florida Avenue, Suite 300

---

[1] Defendant is incorrectly named in the case caption. Defendant's correct legal entity name is Amazon.com Services LLC.

                                                Tampa, Florida 33602
                                                Main Number: 813-224-0431
                                                Facsimile: 813-229-8712
                                                Email: bhill@wfclaw.com
                                                Email: aketelsen@wfclaw.com
                                                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of January, 2024, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ Brandon J. Hill
                                                **BRANDON J. HILL**

4869-2065-1669.1 / 114766-1087