# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DELFINO RIVAS,

    Plaintiff,

v.                                        Case No. 6:23-cv-822-JA-LHP

AMAZON.COM SERVICES, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been completely settled. (Notice of Resolution, Doc. 25).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on January 3, 2024.

                                                     JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record